**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00166-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LUIS ARMANDO LARES-DOMINGUEZ,
      a/k/a Luis A. Lares,
      a/k/a Pollito Lares,

      Defendant.

## MINUTE ORDER[1]

At the oral request of the parties, the sentencing hearing set for September 24, 2010, is **VACATED** and is **CONTINUED** to **November 19, 2010**, at 10:30 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated: September 24, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.